IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30101 |
| | ) | |
| DANNY J. SIDENER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

# OPINION
## AND PRELIMINARY ORDER OF FORFEITURE

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Government's Motion for entry of a Preliminary Order of Forfeiture, With Supporting Suggestions (d/e 34) (Motion).  On October 16, 2006, Defendant Danny J. Sidener, Jr. entered a plea of guilty to the charges in Counts 1 through 4, in the Indictment (d/e 24) and agreed to the forfeiture alleged in Count 5 of the Indictment.  Minute Entry entered October 16, 2006.  Based on the Indictment, the Motion, and Defendant Sidener's consent to the forfeiture, and pursuant to 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1

1.  The Indictment in the above described cause sought the forfeiture of certain property of Defendant, Danny J. Sidener, Jr., namely:

    A.  <u>905 West Waco, Taylorville, Illinois</u>, legally described as Lot Fourteen (14) in Block Ten (10) in Vollintine's Second Addition to the City of Taylorville, Illinois;

    B.  <u>816 West Franklin Street, Taylorville, Illinois</u>, legally described as Lot Five (5) in Block Five (5) in Goodrich's Second Addition to Taylorville, Illinois;

    C.  <u>610 South Illinois, Springfield, Illinois</u>, legally described as the South 10 feet 2 inches of the West 132 feet of Lot One (1) and the North 24 feet 10 inches of the West 132 feet of Lot 2 (two) in Alexander Starne's Subdivision of the Southwest Quarter of the Southwest Quarter of the Northwest Quarter of Section 33, Township 16 North, Range 5 West of the Third Principal Meridian except a strip of ground 12 feet wide off the West end thereof, situated in Sangamon County, Illinois;

    D.  <u>2307 South 12th Street, Springfield, Illinois</u>, legally described as Lot 311 of Lenox Subdivision, being a subdivision of part of the West Half of the Southeast Quarter of Section 3, Township 15 North, Range 5 West of the Third Principal Meridian, situated in Sangamon County, Illinois;

    E.  <u>2315, 2319 and 2323 South 6th Street, Springfield, Illinois</u>, legally described as Lots One (1), Two (2) and the North 22 feet of Lot Three (3) in Block Thirty-one (31) of Payne's South Side Addition, Fifth Plat, Springfield, Illinois, excepting that part platted as Lot "A" in Iles' Junction.

The Indictment alleged that said property of the Defendant constituted proceeds obtained directly or indirectly as a result of the aforesaid violations

of Title 21 U.S.C. §§ 846 and 841(a)(1), and pursuant to 21 U.S.C. § 853 are forfeited to the United States of America.

2.   On October 16, 2006, the Defendant entered an open plea of guilty to Counts 1 through 4 of the Indictment and agreed to the forfeiture of the property set forth in Count 5.

THEREFORE, The Government's Motion for entry of a Preliminary Order of Forfeiture, With Supporting Suggestions (d/e 34) is ALLOWED. It is hereby ordered, adjudged and decreed:

A.   All right, title and interest of Danny J. Sidener, Jr. in and to the following real estate is hereby forfeited to the United States of America:

(1) <u>905 West Waco, Taylorville, Illinois</u>, legally described as Lot Fourteen (14) in Block Ten (10) in Vollintine's Second Addition to the City of Taylorville, Illinois;

(2) <u>816 West Franklin Street, Taylorville, Illinois</u>, legally described as Lot Five (5) in Block Five (5) in Goodrich's Second Addition to Taylorville, Illinois;

(3) <u>610 South Illinois, Springfield, Illinois</u>, legally described as the South 10 feet 2 inches of the West 132 feet of Lot One (1) and the North 24 feet 10 inches of the West 132 feet of Lot 2 (two) in Alexander Starne's Subdivision of the Southwest Quarter of the Southwest Quarter of the Northwest Quarter of Section 33, Township 16 North, Range 5 West of the Third Principal Meridian except a strip of ground 12 feet wide off the West end thereof, situated in Sangamon County, Illinois;

(4) <u>2307 South 12th Street, Springfield, Illinois</u>, legally described as Lot 311 of Lenox Subdivision, being a subdivision of part of the West Half of the Southeast Quarter of Section 3, Township 15 North, Range 5 West of the Third Principal Meridian, situated in Sangamon County, Illinois;

(5) <u>2315, 2319 and 2323 South 6th Street, Springfield, Illinois</u>, legally described as Lots One (1), Two (2) and the North 22 feet of Lot Three (3) in Block Thirty-one (31) of Payne's South Side Addition, Fifth Plat, Springfield, Illinois, excepting that part platted as Lot "A" in Iles' Junction;

and the United States Marshal is hereby authorized to seize said property for disposition in accordance with law subject to the provisions of 21 U.S.C. § 853(n)(1).

B    The above mentioned property is to be held by the United States Marshal's Service, Central District of Illinois, until further order of this Court.

C.    Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once a week for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the United States Marshal's intent to dispose of the property in such a manner as the Attorney General may direct and notice that any person, other than the Defendant, Danny J. Sidener, Jr., having or claiming a legal interest in the above, must file a petition with this Court within thirty (30) days of the final publication

of notice or receipt of actual notice, whichever is earlier.

This notice shall state that the petition is for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of this Order, as a substitute for published notice as to those persons notified.

D.   Upon adjudication of all third-party interest, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1).

IT IS THEREFORE SO ORDERED.

ENTER:   October 26, 2006.

> FOR THE COURT:

>>   s/ Jeanne E. Scott
>> JEANNE E. SCOTT
>> UNITED STATES DISTRICT JUDGE