IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30101 |
| | ) | |
| DANNY J. SIDENER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION AND FINAL ORDER OF FORFEITURE**

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Motion of the United States for a Final Order of Forfeiture, With Supporting Suggestions (d/e 45) (Motion).  The Court has reviewed the Motion and the court file and makes the following findings:

On October 26, 2006, this Court entered an Opinion and Preliminary Order of Forfeiture (d/e 35) pursuant to the provisions of 21 U.S.C. § 853 based upon Defendant Danny J. Sidener, Jr.'s plea and stipulation to the conduct which forms the basis of the forfeiture count of the Indictment.

On November 4, 11, and 18, 2006, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent

1

of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.  Certificate of Publication (d/e 43).

On November 2, 2006, Danny J. Sidener, Sr., through his attorney, Charles H. Delano IV, filed a Petition to Adjudicate Interest in Property (d/e 37), claiming an interest in the real estate at 2307 South 12th Street, Springfield, Illinois.

On November 21, 2006, counsel for claimant, Danny J. Sidener, Sr., filed a Motion to Dismiss his Petition to Adjudicate Interest in Property (d/e 40), which Motion was allowed by this Court on November 22, 2006, by Text Order granting the Motion and dismissing Danny J. Sidener, Sr.'s claim to any of the property subject to the Preliminary Order of Forfeiture.

No other petitions or claims have been filed.

THEREFORE, the Motion of the United States for a Final Order of Forfeiture, With Supporting Suggestions (d/e 45) is ALLOWED. ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A.  All right, title and interest in the following property is hereby

forfeited to the United States:

1. <u>905 West Waco, Taylorville, Illinois</u>, legally described as Lot Fourteen (14) in Block Ten (10) in Vollintine's Second Addition to the City of Taylorville, Illinois;

2. <u>816 West Franklin Street, Taylorville, Illinois</u>, legally described as Lot Five (5) in Block Five (5) in Goodrich's Second Addition to Taylorville, Illinois;

3. <u>610 South Illinois, Springfield, Illinois</u>, legally described as the South 10 feet 2 inches of the West 132 feet of Lot One (1) and the North 24 feet 10 inches of the West 132 feet of Lot 2 (two) in Alexander Starne's Subdivision of the Southwest Quarter of the Southwest Quarter of the Northwest Quarter of Section 33, Township 16 North, Range 5 West of the Third Principal Meridian except a strip of ground 12 feet wide off the West end thereof, situated in Sangamon County, Illinois;

4. <u>2307 South 12th Street, Springfield, Illinois</u>, legally described as Lot 311 of Lenox Subdivision, being a subdivision of part of the West Half of the Southeast Quarter of Section 3, Township 15 North, Range 5 West of the Third Principal Meridian, situated in Sangamon County, Illinois;

5. <u>2315, 2319 and 2323 South 6th Street, Springfield, Illinois</u>, legally described as Lots One (1), Two (2) and the North 22 feet of Lot Three (3) in Block Thirty-one (31) of Payne's South Side Addition, Fifth Plat, Springfield, Illinois, excepting that part platted as Lot "A" in Iles' Junction.

B. The United States Marshal's Service, or its agents or representatives, is hereby authorized to dispose of said property in

accordance with law.

IT IS THEREFORE SO ORDERED.

ENTER: January 31, 2007.

    FOR THE COURT:

                                        s/ Jeanne E. Scott
                                        JEANNE E. SCOTT
                          UNITED STATES DISTRICT JUDGE